UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                          23 mj-00268

DANIEL VALDEZ

NOTICE OF APPEARANCE

H. Heather Shaner, appointed by the Court, enters her appearance on behalf of defendant.

Respectfully submitted,

/hhs/

_____
H. Heather Shaner  #273276
Appointed by the Court
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com